| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |
| 4 |     150 Almaden Blvd., Suite 900<br>    San Jose, California 95113 |
| 5 |     Telephone: (408) 535-5082<br>    FAX: (408) 535-5081 |
| 6 |     claire.cormier@usdoj.gov |

**E-Filed 10/25/2010**

Attorneys for Defendant Gates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHARLES MASON,

    Plaintiff,

v.

ROBERT M. GATES, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE and DOES 1 through 9,

    Defendants.

No. C 10-3436 JF

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

This case is currently scheduled for an initial case management conference on November 12, 2010. Due to personal and professional scheduling issues of defendant's counsel, defendant requested and plaintiff agreed to continue the case management conference.

Accordingly, the parties hereby STIPULATE AND REQUEST that the currently scheduled case management conference be continued to Friday, December 3, 2010 at 10:30 a.m., and that the related deadlines for meeting and conferring, ADR matters, initial disclosures, and the filing of a case management statement be continued accordingly.

Respectfully submitted,

DATED: October 18, 2010         MINAMI TAMAKI LLP

/s/ Brad Yamauchi

BRAD YAMAUCHI
Attorneys for Plaintiff

STIPULATION CONTINUING CMC AND RELATED DEADLINES
Case No.  C 10-03436 JF

DATED: October 18, 2010

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER[1]
Assistant United States Attorney

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference, previously scheduled for November 12, 2010, is continued to December 3, 2010 at 10:30 a.m.   The other deadlines stated in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

IT IS SO ORDERED.

DATE:  10/25/2010                                           _____
                                                            JEREMY FOGEL
                                                            United States District Court Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION CONTINUING CMC AND RELATED DEADLINES
Case No.  C 10-03436 JF                              2