```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov
```

Attorneys for Defendant Gates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHARLES MASON, | ) | No. C 10-3436 JF |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO MEDIATION AND [PROPOSED] ORDER |
| ROBERT M. GATES, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE and DOES 1 through 9, | ) | |
| Defendants. | ) | |

Pursuant to ADR Local Rule 3-5(c), the parties to the above-entitled action hereby stipulate and request that the Court refer this case to the Court's mediation program.

Respectfully submitted,

DATED: November 15, 2010        MELINDA HAAG
                                United States Attorney

                                /s/ Claire T. Cormier
                                _____
                                CLAIRE T. CORMIER[1]
                                Assistant United States Attorney

DATED: November 15, 2010        MINAMI TAMAKI LLP

                                /s/ Brad Yamauchi
                                _____
                                BRAD YAMAUCHI
                                Attorneys for Plaintiff

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION TO MEDIATION; [PROPOSED] ORDER
Case No.  C 10-03436 JF

1
2
3
4
5
6
7
...
28

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, this case is hereby referred to the Court's mediation program. **IT IS SO ORDERED.**

DATE: 11/17/10

_____
JEREMY FOGEL
United States District Court Judge