MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

**E-Filed 12/2/2010**

Attorneys for Defendant Gates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES MASON, | No. C 10-3436 JF |
|     Plaintiff, | |
| v. | NOTICE OF SETTLEMENT; [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE |
| ROBERT M. GATES, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE and DOES 1 through 9, | |
|     Defendants. | |

    The parties to this action, through their attorneys of record, hereby notify the Court that they have reached an agreement in principle to settle this case, but the specific settlement terms have not yet been reduced to writing.  Accordingly, the parties request that the case management conference, currently scheduled for December 3, 2010, be vacated.

                                                  Respectfully submitted,

DATED: November 29, 2010          MELINDA HAAG
                                                    United States Attorney

                                                    /s/ Claire T. Cormier

                                                    CLAIRE T. CORMIER[1]
                                                    Assistant United States Attorney

---

   [1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

NOTICE OF SETTLEMENT; [PROPOSED] ORDER
Case No.  C 10-03436 JF

1  DATED: November 29, 2010          MINAMI TAMAKI LLP

2                                    /s/ Brad Yamauchi

3                                    _____
                                     BRAD YAMAUCHI
4                                    Attorneys for Plaintiff

5                           [PROPOSED] ORDER

6        The parties have advised the Court that this case has settled.  Accordingly, the case
7  management conference, previously scheduled for December 3, 2010, is hereby vacated. Within
8  60 days, the parties shall file a stipulation of settlement, a stipulation of dismissal, or a notice to
9  the Court requesting a case management conference.

10       **IT IS SO ORDERED.**

12  DATE: __12/2/2010_____     _____
                                        JEREMY FOGEL
13                                      United States District Court Judge

NOTICE OF SETTLEMENT; [PROPOSED] ORDER
Case No.  C 10-03436 JF                    2